# IN THE SUPREME COURT OF THE STATE OF DELAWARE

UNIVERSAL ENTERPRISE
GROUP, L.P., 617 NORTH
SALISBURY BOULEVARD, LLC,
176 FLATLANDS ROAD, LLC, 106
CEDAR STREET, LLC, 102 WEST
CENTRAL AVENUE, LLC, 326
EAST DOVER STREET, LLC
101 MAPLE AVENUE, LLC, 241
CYPRESS STREET, LLC, 28768
OCEAN GATEWAY HIGHWAY,
LLC, 610 SNOW HILL ROAD, LLC,
5318 SNOW HILL ROAD, LLC, 302
MAPLE AVENUE, LLC, 177 OLD
CAMDEN ROAD, LLC, 111 SOUTH
WEST STREET, LLC, 1272 SOUTH
GOVERNORS AVE, LLC, 505
BRIDGEVILLE HIGHWAY, LLC,
323 WEST STEIN HIGHWAY, LLC,
100 S. MAIN STREET, LLC,
1104 SOUTH STATE STREET, LLC,
133 SALISBURY ROAD, LLC,
UNIVERSAL DELAWARE, INC.,
and DANIEL SINGH a/k/a
DAMINDER S. BATRA,

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

No. 540, 2013

Court Below: Court of Chancery
of the State of Delaware in C.A.
No. 4948

Plaintiffs Below,
Appellants,

v.

DUNCAN PETROLEUM
CORPORATION and ROBERT M.
DUNCAN,

Defendants Below,
Appellees.

Submitted: July 9, 2014
Decided: July 14, 2014

Before **HOLLAND, BERGER** and **RIDGELY,** Justices.

# O R D E R

This 14th day of July 2014, the Court, having considered this matter on the briefs of the parties, oral argument, and supplemental briefing after remand, has concluded that this appeal from a final judgment of the Chancery Court should be affirmed on the basis of and for the reasons assigned by the Chancery Court in its Memorandum Opinion dated July 1, 2013, Final Order dated September 10, 2013, and Report to this Court dated April 29, 2014.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Chancery Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ Randy J. Holland
Justice